HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
40 Paterson Street, PO Box 480
New Brunswick, NJ 08903
(732) 545-4717
Attorneys for Defendants, Atlantic Women's Medical Group and Margaret Lambert Woolley, M.D.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON, NEW JERSEY

| | |
|---|---|
| Plaintiff, | Honorable Anne E. Thompson, U.S.D.J. |
| JOHANNY ROSSIN | CIVIL ACTION NO. 3:16-cv-01193-AET-TJB |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants, | |
| ATLANTIC WOMEN'S MEDICAL GROUP, MARGARET LAMBERT WOOLLEY, M.D. | |

It is hereby stipulated and agreed by and between the attorneys for the parties that the within action be and the same is hereby dismissed with prejudice as to Defendants, Atlantic Women's Medical Group and Margaret Lambert Woolley, M.D..

LAW OFFICES OF CLARA R. SMIT, ESQ.
Attorneys for Plaintiff(s), Johanny Rossin

By: _____
CLARA R. SMIT

HOAGLAND, LONGO, MORAN,
 DUNST & DOUKAS, LLP
Attorneys for Defendants,
Atlantic Women's Medical Group and Margaret
Lambert Woolley, M.D.

By: _____
JENNIFER PASSANNANTE

Dated: